FW 400006524

4-26CV1047-O

AUG 24 2026 PM3:21 FILED-USDC-NDTX-FW

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE: SEARCH WARRANTS EXECUTED
MAY 23, 2016 AND JANUARY 31, 2017

Misc. No. ________________

**PRO SE MOTION TO IDENTIFY AND UNSEAL SEARCH-WARRANT PROCEEDINGS**

Movant Justin Shafer, proceeding pro se, respectfully moves the Court to identify two federal search-warrant proceedings concerning searches of his property and, after identifying the underlying proceedings, to unseal the search-warrant applications, probable-cause affidavits, executed warrants, returns, sealing orders, and related judicial records. In support, Movant states:

## I. FACTUAL BACKGROUND

1. On May 23, 2016, agents of the Federal Bureau of Investigation executed a federal search warrant at Movant's residence in Tarrant County, Texas.
2. On January 31, 2017, a second search warrant arising from a separate investigation was executed concerning Movant and/or Movant's property.
3. Movant was the subject of both searches and the person whose property was searched.
4. To the best of Movant's recollection, United States Magistrate Judge Jeffrey L. Cureton issued the warrants.
5. Movant does not presently know the magistrate, miscellaneous, or search-warrant docket numbers associated with either proceeding.
6. Movant searched PACER under his name but was unable to locate either warrant proceeding. Movant therefore believes the proceedings, docket entries, or supporting materials may remain sealed.
7. Movant was never charged with any criminal offense arising from either of these two investigations or searches.

8. Approximately nine to ten years have elapsed since the warrants were executed.

## II. REQUEST TO IDENTIFY THE PROCEEDINGS

9. Because Movant does not know the docket numbers of the underlying warrant proceedings, he cannot caption and file separate motions in those proceedings.

10. Movant respectfully requests that the Court direct the Clerk to identify the docket numbers corresponding to the federal search warrants executed on May 23, 2016 and January 31, 2017, using the identifying information provided in this motion.

11. If additional identifying information is necessary, Movant is willing to provide it in the manner directed by the Court.

## III. REQUEST TO UNSEAL

12. After the proceedings are identified, Movant respectfully requests that the Court determine the present sealing status of the warrant materials and unseal the search-warrant applications, probable-cause affidavits, executed warrants, returns, sealing orders, and related judicial records.

13. In United States v. Sealed Search Warrants, 868 F.3d 385 (5th Cir. 2017), the Fifth Circuit recognized that the qualified common-law right of access may extend to pre-indictment search-warrant materials and requires a case-specific balancing of the interests favoring access against interests favoring continued nondisclosure.

14. Movant is not seeking records concerning an unrelated third party. He is the person whose property was searched pursuant to the warrants. Nearly a decade has passed since the searches, and no criminal charges arose from either investigation.

15. The passage of approximately nine to ten years materially distinguishes the present circumstances from those existing when the warrants were issued. Any interests that

originally justified sealing should be evaluated based on present circumstances rather than presumed to continue indefinitely.

16. If particular information continues to warrant protection, Movant requests appropriately redacted versions rather than continued blanket sealing of the records.

## IV. RELIEF REQUESTED

WHEREFORE, Movant respectfully requests that the Court: (1) identify the docket numbers associated with the May 23, 2016 and January 31, 2017 federal search warrants; (2) determine the current sealing status of the associated judicial records; (3) unseal and permit Movant access to the search-warrant applications, probable-cause affidavits, executed warrants, returns, sealing orders, and related judicial records; (4) alternatively, order disclosure of appropriately redacted versions of any materials for which limited confidentiality remains necessary; (5) permit Movant to supplement or refile under the identified docket numbers if required; and (6) grant such other relief as the Court deems just and appropriate.

Respectfully submitted,

______________________________

Justin Shafer, Pro Se
Bar No.: N/A (Pro Se)
5400 Haltom Rd. Apt 2110
Haltom City, TX. 76137
Telephone: (817) 909-4222
Facsimile: None
Email: justinshafer@gmail.com

## CERTIFICATE OF INABILITY TO CONFER

Pursuant to Local Criminal Rule 47.1(b), Movant certifies that a conference was not possible before filing this motion because the two underlying proceedings and their docket numbers are unknown and may be sealed, and Movant therefore cannot presently identify counsel of record or the government attorney responsible for the proceedings. Movant understands that the motion may accordingly be presumed opposed.

______________________________

Justin Shafer, Pro Se

4-26CV1047-O

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE: SEARCH WARRANTS EXECUTED**
**MAY 23, 2016 AND JANUARY 31, 2017**

**Misc. No. ________________**

**PROPOSED ORDER**

Before the Court is Justin Shafer's Pro Se Motion to Identify and Unseal Search-Warrant Proceedings. Having considered the motion, supporting brief, applicable law, and any response, the Court ORDERS as follows:

1. The Clerk shall use the information supplied by Movant to identify, if possible, the docket numbers associated with federal search warrants executed concerning Movant or his property on May 23, 2016 and January 31, 2017.
2. Upon identification of the proceedings, the Clerk shall place this motion and supporting brief before the appropriate judicial officer or otherwise associate them with the appropriate proceedings as directed by the Court.
3. The Court will determine, after any appropriate response by the United States, whether the search-warrant applications, probable-cause affidavits, executed warrants, returns, sealing orders, and related judicial records should be unsealed in whole or in redacted form.

SO ORDERED.

SIGNED this ____ day of ________________, 20__.

______________________________________
UNITED STATES DISTRICT/MAGISTRATE JUDGE