**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**JUSTIN SHAFER, Plaintiff/Movant**
**v.**
**UNKNOWN DEFENDANT, Defendant**

**Civil Action No. 4:26-cv-01047-O-BP**

# BRIEF IN SUPPORT OF PRO SE MOTION FOR PROCEDURAL CLARIFICATION USE OF GENERATIVE ARTIFICIAL INTELLIGENCE

This brief was prepared with the assistance of generative artificial intelligence. Movant reviewed the brief and is responsible for its contents and legal representations.

## I. ISSUE PRESENTED

Whether the Court should clarify the proper procedure for considering Movant's August 24, 2026 request to identify and unseal two federal search-warrant proceedings when the underlying warrant docket numbers are unknown and the Clerk opened the submission as a civil action.

## II. BACKGROUND AND ARGUMENT

Movant's original filing seeks access to judicial records connected to search warrants executed on May 23, 2016 and January 31, 2017. It requests identification of the underlying proceedings, review of any continuing sealing restrictions, and access to the records in full or redacted form. It does not seek damages against an unidentified defendant.

Because the underlying warrant docket numbers were not known to Movant and might be sealed, the original submission was captioned as a miscellaneous proceeding with an unassigned docket number. When Movant presented it to the Clerk's Office, he was uncertain of the appropriate filing category; it was opened as Civil Action No. 4:26-cv-01047-O-BP. The Court subsequently issued instructions for non-prisoner pro se plaintiffs (Doc. 4).

The requested clarification is limited. Movant does not challenge the Clerk's handling of the filing and does not request a merits determination through this procedural motion. Instead, Movant asks whether the Court will consider the original request in this action, treat it as a miscellaneous matter, associate it with any underlying warrant proceedings if located, or direct a different procedure.

The original unsealing request cites United States v. Sealed Search Warrants, 868 F.3d 385 (5th Cir. 2017), concerning qualified common-law access to pre-indictment search-warrant materials. Movant raises that authority only to identify the nature of the underlying requested relief. This procedural motion does not ask the Court to resolve the access balance at this stage.

## III. CONCLUSION

Movant respectfully requests clarification of the correct procedure for his original filing and an opportunity to comply with any additional filing, service, or other requirements the Court identifies.

Dated: October 9, 2026

Respectfully submitted,

Justin Shafer, Pro Se
5400 Haltom Rd. Apt 2110
Haltom City, TX 76137
Telephone: (817) 909-4222
Email: justinshafer@gmail.com